IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HERNANDO COUNTY
SHERIFF'S OFFICE and
FLORIDA SHERIFF'S
WORKERS COMPENSATION,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellants,

CASE NO. 1D16-949 and 16-950

v.

THOMAS SCOTTI,

     Appellee.

_____/

Opinion filed November 1, 2016.

An appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: January 23, 2013.

James N. Mcconnaughhay, and E. Louis Stern of McConnaughhay, Coonrod, Pope, Weaver, Stern & Thomas, P.A., Tallahassee, and David A. McCranie of McConnaughhay, Coonrod, Pope, Weaver, Stern & Thomas, P.A., Jacksonville, for Appellants.

Nicolette E. Tsambis of Smith, Feddeler & Smith, P.A., Lakeland, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., JAY, and WINSOR, JJ., CONCUR.